# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> EMPIRE GLASS, PAINT & MIRROR, INC. d/b/a Empire Glass and Mirror <br><br> Defendant. | CIVIL ACTION NO. <br> 1:11-cv-03281-RDB |

## MOTION FOR JUDGMENT BY DEFAULT BY THE COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(b)(2) AGAINST DEFENDANT

Plaintiffs, International Painters and Allied Trades Industry Pension Fund ("Fund" or "Pension Fund") and Gary J. Meyers ("Meyers"), a fiduciary on behalf of the Fund, Political Action Together Fund ("PAT Fund") and the Painters and Allied Trades Labor Management Cooperation Initiative ("LMCI" and together with the Pension Fund, Meyers and the PAT Fund, "Plaintiffs"), respectfully move this Court, pursuant to Fed. R. Civ. Pro. 55(b)(2) to enter default judgment in favor of Plaintiffs and against Defendant, Empire Glass, Paint & Mirror, Inc. d/b/a Empire Glass and Mirror ("Company" or "Defendant"), with the relief set forth on the proposed order submitted with this motion.

In support of this Motion, Plaintiffs state the following:

1. The Complaint in this matter was filed on November 16, 2011.

2. Defendant was duly-served with the Summons and Complaint on December 1, 2011, as evidenced in the Return of Service filed with the Court. The court has personal jurisdiction over Defendant on the federal claims alleged in the Complaint.

3. Defendant has failed to appear, answer, plead or otherwise defend in response to the Summons and Complaint.

4. A Request for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) was filed on February 3, 2012.

5. Defendant is neither an infant nor an incompetent person.

6. Defendant is not in military service on behalf of the United States.

7. The Court has subject matter jurisdiction of the claims under Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, and Sections 502(g)(2) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1132(g)(2) and 1145, in this action.

8. This motion is based on the Complaint and default in this action and further supported by the Declaration of Thomas C. Montemore and the Declaration of Dawn M. Costa, along with the exhibits submitted with those declarations.

**WHEREFORE**, there being no just reason for delay, Plaintiffs ask that the Court:

(a) enter Judgment against Defendant as set forth in the attached proposed Order and Judgment by Default, and

(b) grant such other and further relief, legal or equitable, as may be just, necessary and appropriate.

Respectfully submitted,

February 7, 2012
Date

/s/ Judith Sznyter
Judith Sznyter
Bar No. 29743
Jennings Sigmond, P.C.
510 Walnut Street, 16th Floor
Philadelphia, PA 19106
Phone: (215) 351-0641
Fax: (215) 922-3524

Dawn M. Costa
Jennings Sigmond, P.C.
510 Walnut Street, 16th Floor
Philadelphia, Pennsylvania 19106
Attorneys for Plaintiffs